A. W. EDWARDS v. MICHAEL MORLEY.[1]

January 25, 1907.

Nos. 14,982—(76).

Appeal by plaintiff from an order of the district court for Redwood county, Webber, J., denying a motion for a new trial. Affirmed.

*A. O. Dolliff,* for appellant.

*Frank Clague,* for respondent.

PER CURIAM.

This action was brought to have the boundary between the land of the parties ascertained. The controversy turned on the location of the government corner. The court found that it was lost and fixed a boundary line which made an equitable division of the land. The evidence was conflicting, and we find no reasons for reversing the order. The assignments of error have all been considered, and found without merit.

Order affirmed.